UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHARLES C. JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-24-1328-R |
| | ) |
| UNITED STATES OF AMERICA, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Report and Recommendation [Doc. No. 13] issued by United States Magistrate Judge Chris M. Stephens pursuant to 28 U.S.C. § 636(b)(1)(B), (C). Judge Stephens recommends that Plaintiff's Application for Leave to Proceed in Forma Pauperis [Doc. No. 5] and amended Application for Leave to Proceed in Forma Pauperis [Doc. No. 8] be denied and this action be dismissed if Plaintiff does not pay the full filing fee within 21 days of any order adopting the Report and Recommendation.

Within the time to file an objection to the Report, Plaintiff submitted a Notice indicating that he is in the process of having the funds for payment of the filing fee released from his facility and that the process will take 21 days from the date of the filing of his Notice. Plaintiff's Notice does not contain any argument or authority that could be construed as an objection to the Report and he has waived further review of the findings and recommendations presented in it. *See United States v. 2121 East 30th Street*, 73 F.3d 1057, 1060 (10th Cir.1996) ("[A] party's objections to the magistrate judge's report and recommendation must be both timely and specific to preserve an issue for de novo review by the district court or for appellate review."). However, liberally construed, Plaintiff's

Notice appears to be seeking an extension of the deadline to pay the filing fee, which the Court grants as set out below.

The Report and Recommendation is ADOPTED, Plaintiff's Application for Leave to Proceed in Forma Pauperis [Doc. No. 5] and amended Application for Leave to Proceed in Forma Pauperis [Doc. No. 8] are DENIED, and Plaintiff is instructed to pay the full filing fee of $405.00 within 30 days of the date of this order. If the full filing fee is not received by the Clerk of Court by this deadline, this action will be dismissed without prejudice without further notice.

IT IS SO ORDERED this 27th of May, 2025.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE