UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHARLES C. JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-24-1328-R |
| ) | |
| GARY BOGGESS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is the Report and Recommendation [Doc. No. 25] issued by United States Magistrate Judge Chris M. Stephens pursuant to 28 U.S.C. § 636(b)(1)(B), (C). Judge Stephens recommends that Plaintiff's Amended Complaint [Doc. No. 9] be dismissed upon screening for failure to state a claim and lack of subject matter jurisdiction.

Plaintiff filed a document titled "Statement of Facts" [Doc. No. 26] which the Court construes as an objection to the Report. To preserve an issue for de novo review by the district court, "a party's objections to the magistrate judge's report and recommendation must be both timely and specific." *United States v. 2121 East 30th Street*, 73 F.3d 1057, 1060 (10th Cir. 1996). Plaintiff does not raise any objection to Judge Stephens' recommendation that the federal defendants be dismissed and he has therefore waived further review of those issues.

To the extent Plaintiff's filing raises an objection to Judge Stephens' recommendation that the claims against Sheriff Boggess be dismissed, he has failed to present any persuasive argument or authority that would cause this Court to reject the

recommendation. Upon de novo review of these issues, the Court concurs with the analysis and conclusions set out in the Report.

Accordingly, the Report and Recommendation is ADOPTED and this action is DISMISSED without prejudice.

IT IS SO ORDERED this 29th day of October, 2025.

/s/ David L. Russell
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE